MINUTE ENTRY
WILKINSON, M.J.
JUNE 27, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 19-128 |
| GEOURVON KEINELL SEARS | SECTION A |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X   DEFENDANT
                X   COUNSEL FOR DEFENDANT  FPD: CELIA RHOADS
                X   ASSISTANT U.S. ATTORNEY  SPIRO LATSIS  _Jon Maestri for_
                ___ INTERPRETER _____ SWORN
                (TIME: _____ .M to _____ .M)

X / READING OF THE BILL OF INFORMATION: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

___ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

___ / BAIL SET AT _____

___ / DEFENDANT RELEASED ON NEW BOND

___ / OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **AUGUST 1, 2019 AT 9:45 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

X / TRIAL: **AUGUST 26, 2019 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

MJSTAR: 00: 03